FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MARK ANDREW CHRISTENSEN, <br><br> Defendant - Appellant. | Nos. 10-30246 <br> 10-30239 <br><br> D.C. Nos. 1:07-cr-00101-RFC <br> 1:06-cr-00085-RFC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Mark Andrew Christensen appeals from the sentence imposed following

remand.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Christensen contends that the district court erred by failing to *sua sponte*

order an inquiry "to determine whether Christensen's relationship with his lawyer

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

had deteriorated to the point where appointment of new counsel on re-sentencing was required." Christensen's claims lack merit because the cases he cites discuss situations wherein a defendant made a request or motion for new counsel. *See Cooke v. Schriro*, 538 F.3d 1000, 1016 (9th Cir. 2008) (citing *United States v. Robinson*, 913 F.2d 712, 716 (9th Cir. 1990)).

To the extent that Christensen is raising an ineffective assistance of counsel claim on direct appeal, "[h]ere, the record is not sufficiently developed and [Christensen's] counsel was not so inadequate as to obviously deny [Christensen's] Sixth Amendment right to counsel. We therefore decline to consider [Christensen's] claims of ineffective assistance on direct appeal." *See United States v. Sager*, 227 F.3d 1138, 1149 (9th Cir. 2000).

**AFFIRMED.**

2                                                                    10-30246